IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID WASHBURN,

    Plaintiff,

v.                                                  No. 13-cv-1205 SMV/RHS

DJ SERVICES, LLC,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint against Defendant on December 19, 2013. [Doc. 1]. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint, or until April 21, 2014, to effect service of process. To date, there is no indication on the record that Defendant has been served with process.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendant should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file his response within 21 days of entry of this Order.

**IT IS SO ORDERED.**

                                                    _____
                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**